NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HERBERT BROOKS, DOC #S40771, )
)
Appellant, )
)
v. ) Case No. 2D17-3289
)
STATE OF FLORIDA, )
)
Appellee. )
_____ )

Opinion filed March 20, 2019.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge.

Howard L. Dimmig, II, Public Defender, and
Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

Affirmed.

LaROSE, C.J., and MORRIS and LUCAS, JJ., Concur.